```
In re:                                                      Case No. 13-04383-HWV
Glenn C Black, Jr                                           Chapter 13
Cynthia C Black
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: CGambini           Page 1 of 2        Date Rcvd: Aug 08, 2018
                             Form ID: ordsmiss        Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.

```
db/jdb       +Glenn C Black, Jr,   Cynthia C Black,   40 Kralltown Road,   Dillsburg, PA 17019-9683
cr           +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr           +Ditech Financial LLC,   14841 Dallas Parkway, Suit 300,   Dallas, TX 75254-7883
4366743     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010)
4366744      Camp Hill Emergency Physicians,   PO Box 13693,   Philadelphia, PA 19101-3693
4366746     +Company Corporation,   2711 Centerville Road,   Wilmington, DE 19808-1660
4366747     +Dow Financial Inc,   c/o Keynote Consulting,   220 W Campus Dr, Ste 102,
              Arlington Heights, IL 60004-1498
4366749     +Good 2 Go Auto Sales,   3070 Carlisle AVenue,   Dover, PA 17315-4510
4366750     +Great Lakes Higher Education,   P O Box 7860,   Madison, WI 53707-7860
4366752     +Holy Spirit Hospital,   c/o State Collection Service,   PO Box 6250,   Madison, WI 53716-0250
4426289     +Keynote Consulting Inc,   220 Campus Dr #102,   Arlington Heights, IL 60004-1498
4366754     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
4396922      US Department of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 08 2018 18:56:17
              Commonwealth of Pennsylvania,   Department of Labor and Industry-UCTS,   625 Cherry Street,
              Room 203,   Reading, PA 19602-1152
4399669      EDI: AIS.COM Aug 08 2018 23:03:00    American InfoSource LP as agent for,   WellSpan Health,
              as assignee of YORK HOSPITAL,   PO Box 248838,   Oklahoma City, OK 73124-8838
4422698      EDI: RESURGENT.COM Aug 08 2018 23:04:00    Ashley Funding Services, LLC its successors and,
              assigns as assignee of Reimbursement,   Technologies, Inc.,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
4366742      EDI: BANKAMER.COM Aug 08 2018 23:04:00    Bank of America,   PO Box 982235,
              El Paso, TX 79998-2235
4366745     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 08 2018 18:56:12    Comcast,
              1 Comcast Center,   Philadelphia, PA 19103-2899
4379227      EDI: FORD.COM Aug 08 2018 23:03:00    Ford Motor Credit Company LLC,   Dept 55953,
              P O Box 55000,   Detroit MI 48255-0953
4366751      E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 18:56:00    Green Tree,   PO Box 94710,
              Palatine, IL 60094-4710
4366748      EDI: CBS7AVE Aug 08 2018 23:03:00    Ginny's,   1112 7th AVenue,   Monroe, WI 53566-1364
4382495     +EDI: CBS7AVE Aug 08 2018 23:03:00    Ginny's,   c/o Creditors Bankruptcy Service,
              P.O. Box 740933,   Dallas, TX 75374-0933
4388404     +E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 18:56:00    Green Tree Servicing, LLC.,
              P.O. Box 0049,   Palatine, IL 60055-0049,   Telephone Number 60055-0049
4366753     +EDI: HFC.COM Aug 08 2018 23:04:00    HSBC/Household Finance,   PO Box 3425,
              Buffalo, NY 14240-3425
4426742      EDI: RESURGENT.COM Aug 08 2018 23:04:00    LVNV Funding, LLC its successors and assigns as,
              assignee of OSI,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4372540     +E-mail/Text: bknotice@ncmllc.com Aug 08 2018 18:56:07    National Capital Management, LLC,
              8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
4378336      EDI: PRA.COM Aug 08 2018 23:03:00    Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
4422697     +EDI: RESURGENT.COM Aug 08 2018 23:04:00    PYOD, LLC its successors and assigns as assignee,
              of B-Line, LLC,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
            James H Turner    on behalf of Debtor 2 Cynthia C Black pat@turnerandoconnell.com
            James H Turner    on behalf of Debtor 1 Glenn C Black, Jr pat@turnerandoconnell.com
            Jerome B Blank    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
             pamb@fedphe.com
            Jerome B Blank    on behalf of Creditor    Green Tree Servicing, LLC., Et. al. pamb@fedphe.com
            Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC., Et. al.
             pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Glenn C Black Jr,<br>dba Black's Furniture Refinishing, | Chapter 13 |
| **Debtor 1** | Case No. 1:13−bk−04383−HWV |
| Cynthia C Black,<br>aka Carolyn Law, aka Carolyn Black, | |
| **Debtor 2** | |

**Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

Dated: August 8, 2018

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)